# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:13CR00329-08 BSM

BRENT BOHANON

## ORDER

At the June 11, 2014 Revocation Hearing, the Government agreed to withdraw its Motion to Revoke (*doc. 186*) if Defendant would undergo inpatient drug treatment, for alcohol dependency, followed by chem-free living.

The Court's December 23, 2013 Order Setting Conditions of Release (*doc. 161*) is MODIFIED to require Defendant to undergo inpatient drug treatment, to be followed with chem-free living until the final disposition of the charges in this case.

Defendant shall remain in custody until bed space is available at an inpatient treatment facility. Defendant's aunt, who is one of his third-party custodians, or, his father, will be responsible for transporting Defendant directly from the Pulaski County Regional Detention Facility to the inpatient treatment facility. Defense counsel must notify the Pretrial Services Officer when Defendant leaves the

PCRDF, and staff at the inpatient treatment facility will notify the PTSO when Defendant arrives at the treatment facility.

IT IS SO ORDERED THIS 11th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE